UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CIVIL ACTION NO. 06-314-GWU

PENNY PARTIN,                                                        PLAINTIFF,

VS.                    **MEMORANDUM OPINION AND ORDER**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                    DEFENDANT.


Currently before the court is the plaintiff's Motion for Attorney Fees pursuant to the Equal Access to Justice Act (EAJA), 20 U.S.C. § 2412(d).  The defendant has responded that he has no objection to payment of EAJA fees, implicitly conceding that the Commissioner's position was not substantially justified and there are no special circumstances making an award unjust.  The Commissioner maintains, however, that the statute does not allow the fee to be paid directly to plaintiff's counsel, as requested, in the absence of a written assignment executed by the plaintiff.  While admitting that this position represents a change from past practice, the defendant points to the wording of § 2412, which refers to fees and other expenses being awarded "to a prevailing party."   28 U.S.C. §§ 2412(d)(1), 2412(d)(2)(a).

06-314  Penny Partin

In light of a recent ruling by Chief Judge Jennifer B. Coffman, in <u>Powell v. Astrue</u>, London Civil Action No. 07-93-JBC (E.D. Ky. June 2, 2008), the undersigned believes that the weight of recent authority supports the Commissioner's position.  Citing opinions from the Tenth and Eleventh Circuits, Judge Coffman noted that "the clear language of the statute requires attorney's fees to be awarded to the plaintiff as the 'prevailing party,' rather than to the plaintiff's attorney."  Slip op. at 3.  <u>See</u> <u>Manning v. Astrue</u>, 510 F.3d 1246, 1251 (10th Cir. 2008); <u>Reeves v. Astrue</u>, 526 F.3d 732, 738 (11th Cir. 2008).  Although these cases are not binding precedent in this court, they are highly persuasive.  Accordingly,

IT IS HEREBY ORDERED that:

(1)    the plaintiff's Motion for Attorney's Fees is GRANTED IN PART and DENIED IN PART; and

(2)    the plaintiff is awarded attorney's fees under the Equal Access to Justice Act in the amount of $337.50 (2.70 hours x $125.00 per hour).

This the 30th day of July, 2008.



Signed By:

<u>G. Wix Unthank</u>

**United States Senior Judge**